```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   20 MAG 312-2
    -against-                       :   ORDER
                                    :
Megan Maisonet                      :
        Defendant                   :
                                    :
------------------------------------X
```

James L. Cott, United States Magistrate Judge:

ORDERED that the defendant's bail be modified to replace GPS location monitoring with a curfew from 11pm to 7am using RF monitoring technology

Dated: New York, New York
January   , 2020

                                            SO ORDERED

                                        _____
                                        James L. Cott
                                        United States Magistrate Judge